RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 16 2016

JAMES N. HATTEN, Clerk
By: S. By__ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Gloria Hicklin
(Print your full name)

      Plaintiff *pro se*,

v.

ABM Janitorial Services SouthEast, LLC

Dwight Carr + Vanessa Hernandez
(Print full name of each defendant; an employer is usually the defendant)

      Defendant(s).

CIVIL ACTION FILE NO.

**1:16-CV-3480**

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    ✓    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

               **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

   _____

   _____

   _____

   _____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff. Print your full name and mailing address below:

   Name: Gloria Jean Hicklin

   Address: 567 Caloosa Cove
   Marietta, GA 30008

4. Defendant(s). Print below the name and address of each defendant listed on page 1 of this form:

   Name: ABM Janitorial Services SouthEast, LLC
   Address: 3305 Breckenridge Road Suit 134
   Duluth, GA 30096

   Name: Dwight Carr
   Address: 3305 Breckenridge Road Suit 134
   Duluth, GA 30096

   Name: Vanessa Hernandez
   Address: 3305 Breckenridge Road Suit 134
   Duluth, GA 30096

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   Kaiser Permanente 750 Townpark Lane NW
   Kennesaw, GA 30144

6. When did the alleged discrimination occur? (State date or time period)

It's started on June, 2016 until the present time, which I was fired on September 12, 2016, for just telling a nurse who accused me of some wrong doing my name after she spoke and said good morning to me.

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: September 7, 2016

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   _____ Yes         √ No         _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   _____ Yes         √ No         _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_\_ failure to hire me
    \_\_\_\_\_ failure to promote me
    \_\_\_\_\_ demotion
    \_\_\_\_\_ reduction in my wages
    \_✓\_\_ working under terms and conditions of employment that differed from similarly situated employees
    \_✓\_\_ harassment
    \_✓\_\_ retaliation
    \_\_\_\_\_ termination of my employment
    \_\_\_\_\_ failure to accommodate my disability
    \_\_\_\_\_ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    \_\_\_\_\_ my race or color, which is _____
    \_\_\_\_\_ my religion, which is _____
    \_\_\_\_\_ my sex (gender), which is    \_\_\_\_ male    \_\_\_\_ female
    \_\_\_\_\_ my national origin, which is _____
    \_\_\_\_\_ my age (my date of birth is _____)
    \_\_\_\_\_ my disability or perceived disability, which is:

    \_✓\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_\_ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I was asked to do more work then other and Dwight Carr, who is the manager had told Vanessa Hernand and Celeste Moon that he was going to get me fired. Dwight Carr, did and investigate on me and talk to a white nurse at Kaiser Permanente. Casey gave him two false report on me, and on September 1, 2016 and on September 12, 2016 I, was fired because of Dwight Carr and Vanessa Hernand and Casey. Dwight Carr, told Celeste Moon another Co-work to write a false statement on me and don't let no one see her give it to me. My Dr. T. Prince, my doctore hear Celeste Moon, on the telephone telling me that Dwight Carr to her to write a letter and she refused to write it, and Vanessa Hernand, came and told Celeste Moon that they got me fired.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ____ Yes  ✓ No

    If you checked "Yes," please explain: _____
    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? ✓ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____

✓ Money damages (list amounts) $ 50,000.00

____ Costs and fees involved in litigating this case

____ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _____ day of _____, 20____

_____
(Signature of plaintiff *pro se*)

_____
(Printed name of plaintiff *pro se*)

_____
(street address)

_____
(City, State, and zip code)

_____
(email address)

_____
(telephone number)



EEOC F  31 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Gloria J. Hicklin<br>567 Caloosa Cove<br>Marietta, GA 30060 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2016-05742 | Deneen M. Hodges,<br>Investigator | (404) 562-6821 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

SEP 0 6 2016
(Date Mailed)

Enclosures(s)

cc: Jacqueline E. Sacus, Esq.
ABM INDUSTRIES, INC.
8101 W. Sam Houston Parkway South
Suite 150
Houston, TX 77072

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2016-05742 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| Mrs. Gloria J. Hicklin | (678) 760-6475 | 09-18-1961 |

Street Address: 567 Caloosa Cove, Marietta, GA 30060

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM JANITORIAL SERVICES SOUTHEAST, LLC | 500 or More | (678) 725-6708 |

Street Address: 3305 Breckenridge Road, Suite 134, Duluth, GA 30096

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-11-2016   Latest: 07-22-2016

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired June 8, 2016. My current job title is Janitorial. On July 11, 2016, I filed a complaint with the Department of Labor, Wage and Hour Division, regarding overtime pay that I was being denied. On July 14, 2016, I contacted the President of Kaiser Permanente Hospital to further complain about the overtime pay. On July 26, 2016, I complained to Jasmine, Fannin, Supervisor regarding my pay and my schedule.

On July 22, 2016 and August 8, 2016, Dwight Carr, Operations Manager changed my schedule which has forced me to come in early due to public transportation. Today, I was informed that Vanessa Hernandez, Supervisor was going to help Mr. Carr get rid of me. Mr. Carr makes the African Americans help the Hispanics, but does not make the Hispanics help the African Americans.

I believe that I am being subjected to a hostile work environment in retaliation for my complaints, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 22, 2016 — Gloria Hicklin (Charging Party Signature)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED AUG 22 2016 EEOC-ATDO

## "Summary"

I was wrongful fired because ABM Janitorial Service and Kaiser Permanente refused to give me a copy of the accident report and Kaiser Permanente, refuse to talk to me. And Dwight Carr, is trying to get Celeste Moon, to write a false report on me and they had Casey, who is a white nurse from Kaiser to write a false report which is not true

Dr. Tami Prince, is a witness that hear Celeste Moon, tell me on my cell phone on Wednesday, September 13, 2016, I had my speaker phone on in the doctor office so my Dr., can hear it for herself and Celeste Moon, said Dwight Carr, told her to write a false statement about me. And Vanessa Hernand, come and told her that Dwight Carr, say that they got me fired by having Casey email him a false statement and he pass it on to his boss. Camila Sim, who they all work together to get me fired for nothing.

September 15, 2016
30 Briargate Lane
Marietta, GA
30066

To: Whom it may concern:

My name is Dana Dixon, I am a witness to testify on behalf of Mrs. Gloria Hicklin, that ABM Janitorial Services was the company she was working for and that Dwight Carr and Vanessa Hernand did say that they was going to set Mrs. Gloria Hicklin, up to get fired. Dwight Carr, accused Mrs. Hicklin, about something that did not have anything to do with her. I was the one that Casey the nurse at Kaiser Permanenta had some work with but Dwight Carr accused Mrs. Gloria Hicklin, so Dwight Carr, had his boss Camila Sim to fired Mrs Hicklin, because she was in the breakroom and Casey, came in there around 6:50 am and spoke to Mrs Hicklin and another employee

so, at Mrs. Hicklin, spoke to Casey, she said to Casey, that I just want to introduce myself so she told Casey, her name and Casey, got mad because she remember that she gave a false report about Mrs. Hicklin, so she email Dwight Carr, and gave another false report and that is the reason she got fired for nothing. Mrs. Hicklin is a good and hard work and she did her job well. ABM did me they same way so I quit. You can reach me at 678-503-2790, if you need me to go to court to testify.

Thank You.

Sana Kinox

(Witness)

1.) Dana Dixon
30 Briargate Lane
Marietta, GA 30066
678-503-2790

2.) Shanteria Morris
678-860-6776

3.) Celeste Moon
404-914-2882

4. Dr. Tami Prince
470 Franklin Road SE
Marietta, GA 30067
770-428-8900

(Manager)

These are Manager that I report my complaint to about. Dwight Carr, and Vanessa Hernand.

(1.) Cecilia Cordero - Field Operations Manager
     678-414-6379

(2.) Camila Sim - Operator Manager
     678-725-6708

(1.) Professional Touch Cleaning Services, LLC
5164 W Price Road
Suwanee, GA. 30024
is a empty house on Zillow

(2.) and the Fax number is also go to a empty house on Zillow.
678-926-3567

The check go back to a J. Lopez.